FILED

AUG 1 9 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**United States District Court**

**Northern District of Illinois**

| | |
|---|---|
| Andrew Pizer and | ) |
| Milpond Group, Inc., DBA The Millennium | ) |
| Group, | ) |
| Plaintiffs | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| Pulte Home Corporation, DBA | ) |
| Pulte Homes, Del Webb; | ) |
| | ) |
| Defendant | ) |
| | ) |
| Del Webb Communities of Illinois, | ) |
| DBA Del Webb's Sun City, | ) |
| | ) |
| Defendant | ) |
| | ) |
| Ecker Enterprises, Inc., | ) |
| | ) |
| Defendant | ) |
| Spruzzi, Inc | ) |
| | ) |
| Defendant | ) |
| | ) |
| Conlab, Inc., DBA Prest-on Company | ) |
| and David J. Conville, | ) |
| | ) |
| Defendants. | ) |

**05C 4788**

Civil Action No. _____

**JUDGE FILIP**

**MAGISTRATE JUDGE SCHENKIER**

(Demand of Jury Included)

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Andrew Pizer and Milpond Group, Inc., dba The Millennium Group ("The Millennium Group") sues Defendants Pulte Home Corporation, dba Pulte Homes, Del Webb; Del Webb Communities of Illinois, dba Del Webb's Sun City; Ecker Enterprises Inc.; Spruzzi, Inc.; and Conlab, Inc., dba Prest-on Company ("Prest-on Company") for infringing U.S. Patent No. 5,581,964 ("the '964 patent") and alleges as follows:

## PARTIES

1. Plaintiffs Andrew Pizer and Milpond Group Inc., dba The Millennium Group ("The Millennium Group") is a corporation organized under the laws of the state of Delaware, is licensed in the state of Colorado, and has a principal place of business at 2300 W. Eisenhower Blvd., Loveland, Colorado.

2. Defendant Pulte Home Corporation, dba Pulte Homes, Del Webb, is a corporation organized under the laws of the state of Michigan and licensed to do business in the state of Illinois. The Pulte Home Corporation's headquarters are at 100 Bloomfield Hills Park, Bloomfield Hills, Michigan.

3. Defendant Del Webb Communities of Illinois, Inc., dba Dell Webb's Sun City, is a corporation organized under the laws of the state of Arizona and licensed to do business in the state of Illinois. The headquarters for Del Webb Communities of Illinois are at 100 Bloomfield Hills Park, Bloomfield Hills, Michigan. The principal place of doing business for Pulte/Del Webb Sun City is 12940 Del Webb Blvd., Huntley, Illinois.

4. Ecker Enterprises, Inc. is a corporation organized under the laws of the state of Illinois and has a principal place of business at O'Hare Gateway Office Center, 9600 W. Bryn Mawr Ave., Suite 600, Rosemont, Illinois.

5. Spruzzi, Inc. is a corporation organized under the laws of the state of Illinois and has a principal place of business at O'Hare Gateway Office Center, 9600 W. Bryn Mawr Ave., Suite 600, Rosemont, Illinois.

6. Conlab Inc., dba Prest-on Co. ("Prest-on Co.") is a corporation organized under the laws of the state of Arkansas with its president named as David J. Conville, and has a principal place of business at 312 Lookout Point, Hot Springs, Arkansas.

## JURISDICTION AND VENUE

7. This is an action for pecuniary and injunctive relief from patent infringement arising under the Patent Laws of the United States, Title 35 § 271of the United States Code.

8. This Court has jurisdiction over the subject matter of this action as provided for in 28 U.S.C. § 1331 and § 1338. Venue is proper in this District pursuant to 28 U.S.C. § 1391 and § 1400.

9. This Court has jurisdiction over the defendants for the following reasons:

a. The Court has jurisdiction over Pulte Home Corporation, dba Pulte Homes, Del Webb, because they are licensed in the state of Illinois and have committed acts of patent infringement during the course of doing business in this District.

b. The Court has jurisdiction over Del Webb Communities of Illinois, dba Del Webb's Sun City because they are licensed in the state of Illinois and have committed acts of patent infringement during the course of doing business in this District.

c. The Court has jurisdiction over Ecker Enterprises, Inc. by virtue of being incorporated in the state of Illinois, and because Ecker Enterprises, Inc. has committed acts of inducing/and or acts contributing to patent infringement during the course of doing business in this District.

3

d. The Court has jurisdiction over Spruzzi, Inc. by virtue of being incorporated in the state of Illinois, and because Spruzzi, Inc. has committed acts of inducing/and or acts of contributing to patent infringement during the course of doing business in this District.

e. The Court has personal jurisdiction over Conlab Inc., dba Prest-on Company, because defendant has purposefully established sufficient minimum contacts with the District set out in *Akro Corp. v. Luker*, 45 F.3d 1541, 1545-46, 33 USPQ2d 1505, 1508-09 (Fed.Cir.1995) and *VE Holding Corp. v. Johnson Gas Appliance Co.*, 917 F.2d 1574, 16 USPQ2d 1614 (Fed.Cir. 1990). Conlab Inc. purposefully directed activities at residences in the forum; caused the action or claim to arise out of, or relate to, those activities directed at the forum; and, it is asserted that personal jurisdiction in this District is fair and reasonable. Conlab Inc. has committed acts of inducing/and or acts of contributing to patent infringement during the course of doing business in this District.

## THE PATENT IN SUIT

10. On December 10, 1996, U.S. Patent No. 5,581,964 ("the 964 patent") entitled "Wall panel support and securement combination" was duly and legally issued to Andrew J. Pizer, who has assigned the rights in his '964 patent to Milpond Group, Inc, dba The Millennium Group. The Millennium Group has been and is still the owner of the entire right, title, and interest in and to the '964 patent. A copy of the '964 patent is attached as Exhibit A. The '964 patent is marketed and trademarked under the name *The Nailer* and described as – *"A Drywall Fastener for Supporting Interior Drywall Corners- A Green Building Product."*

## INFRINGEMENT OF THE '964 PATENT

11. Prest-on Company is a competing manufacturer and/or distributor of drywall clips for the construction industry. Their website identifies two products, *Insta-Backs* and *Corner-Backs*.

12. In 1993, when Andrew Pizer invented *The Nailer* and submitted it to PTO, he telephoned David Conville from Prest-on Company for the purpose of introducing himself and

4

his product. Mr. Pizer also called each of the other national competitors for the same purpose. During this conversation, Mr. Conville was informed that the product was patent pending.

In both 1996 and 1997, Prest-on Company and The Millennium Group had booths at the National Association of Home Builders trade show. Andrew Pizer introduced himself to David Conville at these shows and shared information about his product and company. Mr. Conville received samples of the '964 patent and was made aware that the '964 patent was granted.

13. Ecker Enterprises, Inc. initially contacted The Millennium Group in 1998 for product samples and information for patent '964, which were provided with patent information.

In May, 2004 Ecker Enterprises, Inc. contacted The Millennium Group about the '964 patent, *The Nailer*. Ecker Enterprises, Inc. informed Andrew Pizer that they were doing field testing on *The Nailer* and wished to switch from using the Prest-on Company's clips, since several of their employees had allegedly been injured from the Prest-on clips and they could not afford the liability. Andrew Pizer met with Ecker Enterprises Inc. at the corporate office in Illinois and in Las Vegas and provided product testing, patent information, and all requested materials. Shortly thereafter, Ecker Enterprises Inc. and Spruzzi, Inc. contacted The Millennium Group with a list of Illinois retailers that they wanted supplied with the product and how they required it to be packaged. Pallet orders of the '964 patent were sold to each of the identified retailers throughout the 2004-2005 year.

On Wednesday, June 29th, 2005, representatives from The Millennium Group met with the owners/managers of retail building and drywall supply companies in the Chicago area and were informed that Ecker Enterprises, Inc. was going to stop using *The Nailer* and start using a new product developed by the Prest-on Company called *Model 4030*. The following day, Millennium Group representatives met with Spruzzi, Inc. representatives and it was confirmed that Ecker Enterprises, Inc. was field testing another product that may replace *The Nailer*. Spruzzi, Inc. and Ecker Enterprises Inc. did not disclose the alternative product they were field testing.

5

On Friday, July 1, 2005, The Millennium Group representatives again met with Chicago area retail building and drywall supply companies. They learned that Ecker Enterprises, Inc. had instructed the supply companies not to re-order *The Nailer* and that the retail supply companies had each purchased pallets of another product, referred to by the same name (*The Nailer*), which was sold by Prest-on Company. Millennium Group representatives witnessed retail sales at these locations, wherein supply company staff members sold the Prest-on *Model 4030* when customers asked for *The Nailer*.

14. Throughout the month of July, 2005, confirmation was received by The Millennium Group that all of the supply houses in the Chicago area used by Ecker Enterprises, Inc. were instructed by Ecker Enterprises Inc. to cease ordering *The Nailer* and replace it with pallet orders of the new Prest-on product, *Model 4030*.

15. In July, 2005 Andrew Pizer spoke several times with Spruzzi, Inc. and informed them that an infringement issue existed and that he would be glad to supply them with the '964 patent in either metal or recycled plastic. Mr. Pizer requested that Ecker Enterprises, Inc. and Spruzzi, Inc. stop infringing, inducing or contributing to the infringement of his product.

16. In August, 2005, The Millennium Group began receiving calls from Illinois building and drywall supply houses that were *not* associated with Ecker Enterprises, Inc. These customers forwarded to The Millennium Group product pricing and marketing materials received from the Prest-on Company that identified a new product, called the *Framerback, Model 4030*, that they (retail supply houses) perceived as a "knock-off" of patent '964.

17. On August 17, 2005, direct evidence was found on building sites that proved that Pulte Homes and Dell Webb's Sun City are using the Prest-on Company's *Framerback, Model 4030* in the construction of their homes and are direct infringers of one or more of the claims in the '964 patent.

18. Ecker Enterprises, Inc and Spruzzi, Inc. are infringers of one or more of the claims in the '964 patent and have induced and continue to induce; and or have committed and continue to

6

commit, acts of contributory infringement of one or more of the claims of the '964 patent. Ecker Enterprises, Inc.'s and Spruzzi, Inc.'s infringing activities include development, manufacturing, use, sale, and/or offer for sale of certain fasteners named *Framerbacker, Model 4030*. Such infringing activities violate 35 U.S.C. § 271 (c). Ecker Enterprises Inc. and Spruzzi, Inc. have actively caused, urged, encouraged, or aided others in the infringement of patent '964. Such infringing activities violate 35 U.S.C. § 271 (b). Upon information and belief, such infringement has been, and continues to be, willful.

18. Prest-on Company has induced and continues to induce; and/or has committed and continues to commit, acts of contributory infringement of one or more of the claims of the'964 patent. Prest-on Company's infringing activities include development, manufacturing, use, sale, and/or offer for sale of certain fasteners named *Framerbacker, Model 4030*. Such infringing activities violate 35 U.S.C. § 271 (c). Upon information and belief, such infringement has been, and continues to be, willfull.

18. As a consequence of Defendants' infringing activity regarding the '964 patent as complained of herein, Andrew Pizer and The Millennium Group have suffered monetary damages in an amount not yet determined, and Andrew Pizer and The Millennium Group will continue to suffer such damages in the future unless and until Defendants' infringing activities are enjoined by this Court.

## **REQUESTED RELIEF**

WHEREFORE, Andrew Pizer and The Millennium Group prays for judgment against the Defendants' as follows:

A. That Defendants be declared to have infringed, induced others to infringe, and/or committed acts of contributing to infringement with respect to one or more of the claims of the '964 patent;

B. That Defendants, their officers, agents, servants, employees, attorneys, parents, subsidiaries, affiliates, successors, and all others in active concert or participation with them or acting on their behalf, including any and all of their construction product supply houses, be permanently enjoined from further infringement, inducing infringement, and/or committing acts of contributing to the infringement of the '964 patent;

C. That Defendants be ordered to account for and pay to Andrew Pizer and The Millennium Group all damages caused to The Millennium Group by reason of Defendants' infringement; inducing infringement; and or acts of contributing to the infringement of the '964 patent pursuant to 35 U.S.C. § 284, including any enhanced damages;

D. That Andrew Pizer and The Millennium Group be granted pre-judgment and post-judgment interest on the damages caused to it by reason of the Defendants' infringement, inducing infringement; and or acts of contributing to the infringement of the '964 patent;

E. That this be declared an "exceptional case" pursuant to 35 U.S.C. § 285 and that Ecker Enterprises, Inc., Spruzzi, Inc., and Prest-on Company be ordered to pay The Millennium Group's attorney fees and costs; and

F. That Andrew Pizer and The Millennium Group be granted such other and further relief as the case may require and the Court may deem just and proper.

## JURY DEMAND

Andrew Pizer and The Millennium Group demands a jury trial on all issues triable to a jury in this matter.

Dated: _____August 19, 2005_____

Signature: _____

Andrew Pizer, President

The Millennium Group

2300 W. Eisenhower Blvd.

Loveland, CO 80537

9

# EXHIBIT A

## PATENT NO. 5,581,964

**United States Patent**                                            ***5,581,964***

**Pizer**                                                   **December 10, 1996**

Wall panel support and securement combination

### Abstract

A nailer device for securing abutting edges of a first and second construction panel to a support timber or top plate includes a planar member which in use of the device is disposed contiguously relative to the first panel and between the first panel and the top plate. A further planar member is rigidly secured to the planar member and is disposed perpendicularly relative thereto such that the planar and further planar members define therebetween an elongate recess for the reception therein of the top plate so that the device is supported by the top plate. The planar members also define therebetween a further elongate recess which is disposed on an opposite side of the planar member relative to the top plate such that the abutting edges of the panels are located within the further elongate recess with the second panel disposed contiguously relative to the further planar member. Also, a fastener fastens the device to the top plate.

Inventors: **Pizer; Andrew J.** (121 S. Monroe St., Waterloo, WI 53594)

Assignee: **Pizer; Andrew J.** (Waterloo, WI)

Appl. No.: **972163**

Filed:      **November 5, 1992**

**Current U.S. Class:**                                   **52/285.3**; 52/712

**Intern'l Class:**                                              E04B 001/38

**Field of Search:**               52/698,370,262,270,284,285,294-297,712-714,731.9

### References Cited [Referenced By]

#### U.S. Patent Documents

| | | | |
|---|---|---|---|
| 2929237 | Mar., 1960 | Lancer | 52/713. |
| 3842554 | Oct., 1974 | Swick | 52/713. |
| 3861104 | Jan., 1975 | Bower | 52/713. |
| 3864889 | Feb., 1975 | Hobbs | 52/714. |
| 3881293 | May., 1975 | Conville | 52/712. |
| 3910001 | Oct., 1975 | Jackson | 52/712. |
| 4333286 | Jun., 1982 | Weinar | 52/714. |
| 4366660 | Jan., 1983 | Pearson | 52/712. |
| 4553363 | Nov., 1985 | Weinar | 52/731. |
| 4641473 | Feb., 1987 | Trezza | 52/714. |
| 4777778 | Oct., 1988 | Taupin | 52/714. |

| 4841690 | Jun., 1989 | Commins | 52/712. |

**Foreign Patent Documents**

| 2547002 | May., 1976 | DE | 52/714. |

*Primary Examiner:* Dino; Suzanne L.
*Attorney, Agent or Firm:* Hill, Steadman & Simpson

### *Claims*

What is claimed is:

1. An improved wall panel support and securement combination, comprising:

first and second construction panels, each having a mutually abutting edge;

a support timber for stationarily supporting said first and second construction panels;

a nailer device for securing said abutting edges of said first and second construction panels to said support timber, said nailer device including:

a first planar member which in use of the device is disposed contiguously relative to the first panel and between the first panel and the support timber;

a second planar member rigidly secured to said first planar member and disposed perpendicularly relative thereto such that said first and second planar members define therebetween a first elongate recess for the reception therein of the support timber so that the nailer device is supported by the support timber;

said first and second planar members also define therebetween a second elongate recess which is disposed on an opposite side of said first planar member relative to said support timber such that abutting edges of the panels are located within said second recess with the second panel disposed contiguously relative to said second planar member; and

means for fastening the nailer device to the support timber.

2. The improved wall panel support and securement combination as set forth in claim 1 wherein said first planar member is rectangular having a first and a second side, said first side being rigidly secured to said second planar member.

3. The improved wall panel support and securement combination as set forth in claim 2 wherein said second side is chamfered to an angle within the range 50 to 70 degrees relative to the support timber in order to facilitate the sliding location of the first panel within said second elongate recess.

4. The improved wall panel support and securement combination as set forth in claim 1 wherein said first planar member has a thickness within the range 0.03 to 0.1 inches so that in use of the device, the first panel is closely spaced relative to the support timber such that warping of the first panel relative to the support timber is negligible when said first planar member is disposed between the first panel and the support timber.

5. The improved wall panel support and securement combination as set forth in claim 1 wherein said second planar member is rectangular having a width substantially the same as the width of said first planar member, said first planar member and second planar member defining a T-shaped section in which said second planar member is a cross member.

6. The improved wall panel support and securement combination as set forth in claim 1 wherein said second planar member has a thickness which is greater than the thickness of said first planar member for permitting the second panel to be secured thereto.

7. The improved wall panel support and securement combination as set forth in claim 1 wherein said first elongate recess is disposed such that said second planar member rests on top of the support timber.

8. The improved wall panel support and securement combination as set forth in claim 2 wherein said second elongate recess receives the abutting edges, the edge of the first panel being disposed adjacent to said first side of said first planar member and the second panel being disposed between the abutting edge of the first panel and said first side of said first planar member.

9. The improved wall panel support and securement combination as set forth in claim 1 wherein said means for fastening is a nail.

10. The improved wall panel support and securement combination as set forth in claim 9 wherein said first planar member defines a hole for the reception therein of said nail such that when said nail is driven through said hole into the support timber, the device is fastened to the support timber.

11. The improved wall panel support and securement combination as set forth in claim 9 wherein said second planar member defines an aperture for the reception therein of said nail such that when said nail is driven through said aperture into the support timber, the device is fastened to the support timber.

12. The improved wall panel support and securement combination as set forth in claim 1 wherein said second planar member defines a roughened surface which is disposed contiguously relative to the second panel such that when a threaded fastener is driven through the second panel into said second planar member, such threaded fastener readily penetrates into and through said second planar member without generating an enlarged opening in the second panel.

13. The improved wall panel support and securement combination as set forth in claim 1 further including:

a reinforcing rib rigidly secured to said second planar member on an opposite side of said second planar member relative to said first planar member, said rib extending perpendicularly relative to said first planar member.

## *Description*

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a nailer device for securing abutting edges of a first and a second construction panel. More specifically, the present invention relates to a nailer device for securing abutting edges of construction panels to a support beam such as a top plate.

2. Information Disclosure Statement

Particularly in the construction industry, sheetrock is used for covering walls and ceilings and for the construction of enclosed areas such as closets and the like.

Typically, in the construction of a domestic dwelling, construction panels such as sheetrock are fastened to wooden wall studs which extend vertically from the floor.

Similarly, sheetrock construction panels are fastened to the bottom edges of horizontally disposed ceiling joists.

However, the abutting edges of the wall and ceiling panels are not generally supported relative to each other.

More specifically, the top edge of the wall panel is nailed or otherwise fastened to a top plate of the wall timber. The arrangement is such that the top plate runs horizontally along the top of the vertically disposed wall studs. However, when the wall panel has been so secured, there is no provision for securing the top edge of the wall panel to the abutting edge of the ceiling panel, the ceiling panel having been previously secured to the ceiling joists. Therefore, it is often impossible to fasten the edge of the ceiling panel adjacent to the top plate and the upper edge of the wall panel.

Such fastening or anchoring of the edge of the ceiling panel is particularly difficult when such edge extends parallel to the ceiling joists because the ceiling joist nearest to the edge of the ceiling panel is often spaced therefrom. Consequently, the edge of the ceiling panel is often unsupported.

Although various adhesive tapes and the like have been proposed for joining together such abutting edges of wall and ceiling panels, these tapes often permit movement of the panels as the building dries out and settles. Such movement causes unsightly cracks between the ceiling and

walls.

The present invention overcomes the aforementioned problems by the provision of a nailer device which is able to be inserted between the wall panel and the top plate in order to provide a support surface for supporting the abutting edge of the ceiling panel and which permits positive fastening of the abutting edge of the ceiling panel to the support surface of the nailer device.

Additionally, the present invention provides a nailer device which greatly simplifies the construction of walk-in closets, and the like. The arrangement is such that when one wall of the closet has been finished with a sheetrock panel, a number of nailer devices according to the present invention can be located vertically relative to each other at both sides of the wall panel. The side walls of the closet can then be readily attached to the nailer devices without the need for the insertion of relatively costly full length vertical backing timbers.

Therefore, it is a primary objective of the present invention to provide a nailer device which overcomes the aforementioned inadequacies of the prior art devices and which makes a considerable contribution to the art of joining construction panels.

Another object of the present invention is the provision of a nailer device for securing together a first and second construction panel to a top plate particularly at the seams of adjacent ceiling panels.

A further object of the present invention is the provision of a nailer device for securing abutting edges of a first and second construction panel at a seam of the wall panel to a support beam during construction of a walk-in closet or the like.

Other objects and advantages of the present invention will be readily apparent to those skilled in the art by a consideration of the detailed description contained hereinafter taken in conjunction with the annexed drawings.

SUMMARY OF THE INVENTION

The present invention relates to a nailer device for securing a first and second edge of construction panels to a top plate.

The device includes a planar member which in use of the device is disposed contiguously relative to a first panel and between the first panel and the top plate.

A further planar member is rigidly secured to the planar member and is disposed perpendicularly relative thereto such that the planar members define therebetween an elongate recess for the reception therein of the top plate. The arrangement is such that the device is supported by the top plate. The planar members also define therebetween a further elongate recess which is disposed on an opposite side of the planar member relative to the top plate such that the abutting edges of the panels are located within the further recess with the second panel disposed contiguously relative to the further member. Means are also provided for fastening the device to the top plate.

15

In a more specific embodiment of the present invention, the planar member is of rectangular configuration having a first and a second side. The first side is rigidly secured to the further planar member.

The second side is chamfered to an angle within the range 50 to 70 degrees relative to the top plate in order to facilitate the sliding location of the first panel within the further recess because the nailer device is secured to the top plate before fastening the wall panel to the top plate.

The planar member has a thickness within the range 0.03 to 0.1 inch so that in use of the device, the first panel is closely spaced relative to the top plate such that warping of the top of the wall panel relative to the top plate is negligible when the planar member is disposed between the first panel and the top plate.

The further planar member is rectangular and has a width which is substantially the same as the width of the planar member. The member and the further member together define a T-shaped section in which the further member is a cross member.

The further member has a thickness which is greater than the thickness of the planar member for permitting the second panel to be secured thereto.

The elongate recess is disposed such that the further planar member rests on top of the top plate.

The further recess receives the abutting edges with the top edge of the first panel being disposed towards the first side of the planar member. The second panel is disposed between the abutting edge of the first panel and the further planar member.

The means for fastening is a nail such that when the nail is driven through the planar member into the top plate, the device is fastened to the top plate.

In another embodiment of the present invention, the further planar member defines an aperture for the reception therein of a nail such that when the nail is driven into the aperture, into the top plate, the device is fastened to the top plate.

The first planar member defines a roughened surface which is disposed contiguously relative to the second panel such that when a threaded fastener is driven through the second panel into the further planar member, such threaded fastener readily penetrates into and through the further member without generating an enlarged opening the second panel.

The device also includes a reinforcing rib which is rigidly secured to the further member on an opposite side of the further member relative to the planar member. The rib extends perpendicularly relative to the planar member.

Many modifications and variations of the present invention will be readily apparent to those skilled in the art by a consideration of the detailed description contained hereinafter taken in conjunction with the annexed drawing. However, such modifications and variation fall within the spirit and scope of the present invention as defined by the appended claims.

16

Included in such modifications would be the elimination of any holes or apertures, the fastening nail being driven directly through the planar member and/or the further planar member.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of the nailer device according to the present invention and shows a top plate and the disposition of the nailer device relative to abutting edges of a first and second construction panel;

FIG. 2 is a front view partially in section of the nailer device shown in FIG. 1;

FIG. 3 is a left side view partially in section of the nailer device shown in FIG. 1; FIG. 4 is a perspective view of the nailer device shown in FIG. 1 but with the panels not yet applied thereto;

FIG. 5 is a perspective view of the nailer device as shown in FIG. 1 before being affixed to the support timber;

FIG. 6 is a top plan view of the nailer device shown in FIG. 5;

FIG. 7 is a left hand view of the nailer device shown in FIG. 5;

FIG. 8 is a rear view of the nailer device shown in FIG. 5; and

FIG. 9 is a front view showing how the nailer device according to the present invention is used in the construction of a walk-in closet or the like.

Similar reference characters refer to similar parts throughout the various embodiments of the present invention

## DETAILED DESCRIPTION OF THE DRAWINGS

A nailer device generally designated 10 is shown in FIG. 1 for securing together the edges 12 and 14 of a first and second construction panel 16 and 18 to a top plate 20. As shown in FIG. 1, the first construction panel 16 is a sheetrock wall panel and the second construction panel 18 is a sheetrock ceiling panel.

The nailer device 10 includes a first planar member 22 which in use of the device 10 is disposed contiguously relative to the first panel 16 and between the first panel 16 and the top plate 20.

A second planar member 24 is rigidly secured to the first planar member 22 and is disposed perpendicularly relative thereto such that the planar members 22 and 24 define therebetween a first elongate recess 26 for the reception therein of the top plate 20. The arrangement is such that the device 10 is supported by the top plate 20.

The planar members 22 and 24 also define therebetween a second elongate recess 28 which is

disposed on an opposite side of the first planar member 22 relative to the top plate 20. The arrangement is such that the abutting edges 12 and 14 of the panels 16 and 18 are located within the second recess 28 with the second panel 18 disposed contiguously relative to the second member 24.

Means such as a nail 30 are provided for fastening the device 10 to the top plate 20.

As shown in FIG. 1, the nailer device 10 includes the first planar member 22 which is of rectangular configuration and which has a first and a second side 32 and 34 respectively. The first side 32 is rigidly secured to the second planar member 24 as shown in FIG. 2.

The second side 34 is chamfered to an angle a within the range 50 to 70 degrees relative to the top plate 20 in order to facilitate the sliding location of the first panel 16 within the second recess 28 because the device 10 is fastened to the top plate 20 prior to securing the ceiling panel 18 to the second planar member 24.

The first planar member 22 has a thickness T within the range 0.03 to 0.1 inches so that in use of the device 10, the first panel 16 is closely spaced relative to the top plate 20 such that warping of the first panel 16, particularly in the vicinity of the edge 12 relative to the top plate is negligible, the first planar member 22 being disposed between the first panel 16 and the top plate 20.

The second planar member 24 is of rectangular configuration and has a width W substantially the same as the width of the first planar member 22. The planar member 22 and second planar member 24 together define a T-shaped section as shown in FIG. 3 and of which the second planar member 24 is a cross member.

The second planar member 24 has a thickness t which is greater than the thickness T of the first planar member 22 for permitting the second panel 18 to be secured thereto.

The first elongate recess 26 is disposed such that the second planar member 24 rests on the top of the top plate 20.

The second elongate recess 28 receives the abutting edges 12 and 14 of the first and second panels 16 and 18 respectively. The edges 12 and 14 are disposed adjacent to the first side 32 of the first planar member 22 and the second or ceiling panel 18 is disposed between the abutting edge 12 of the first or wall panel 16 and the second planar member 24 as shown in FIG. 3.

A shown in FIGS. 2 and 3, the means for fastening is a nail 30.

The first planar member 22 defines a hole 36 for the reception therein of the nail 30 such that when the nail 30 is driven through the hole 36 into the top plate 20, the device 10 is fastened to the top plate 20.

Alternatively, the holes can be omitted and a nail can be driven through the first planar member 22 for fastening the device to the plate 20.

18

Also, the second planar member 24 defines an aperture 38 for the reception therein of a further nail 40 such that when the nail 40 is driven through the aperture 38 into the top plate 20, the device 10 is fastened to the top plate 20.

The second planar member 24 defines a roughened surface 42 which is disposed contiguously relative to the second panel 18 such that when a threaded fastener 44 is driven through the second panel 18 into the second planar member 24, such threaded fastener 44 readily penetrates into and through said second member 24 without generating an enlarged opening in the second panel 18.

Additionally, the device 10 includes a reinforcing rib 46 which is rigidly secured to the second planar member 24 on an opposite side of the second planar member 24 relative to the first planar member 22. The rib 46 extends perpendicularly relative to the first planar member 22.

In operation of the present invention, the device 10 is fastened to the top plate 20 by nail 40 and/or nail 30 as shown in FIG. 3.

The ceiling panel 18 is then located with the edge 14 of the ceiling panel disposed against the first side 32 of the first planar member 22. The ceiling panel 18 is then secured to the second planar member 24 by driving the threaded fastener 44 through the ceiling panel 18 into the roughened surface 42 of the second planar member 24. Due to the roughened surface of the second planar member 24, the threaded fastener such as the screw fastener 44 will readily penetrate into the second planar member 24 without skidding on the surface thereof. Accordingly, the hole generated by the threaded fastener 44 will not become unduly enlarged during the fastening operation.

The wall panel or first panel 16 is then located with the edge 12 of the panel 16 abutting against the edge 14 of the ceiling panel 18 so that the ceiling panel 18 is disposed between the second planar member 24 and the wall panel 16.

FIGS. 4 to 8 show various views of the nailer device shown in FIGS. 1-3.

As shown in FIG. 9, the present invention is equally applicable to the construction of walk-in closets, tight corners and other enclosed areas.

Typically, a walk-in closet will be constructed by fastening a wall panel to the facing wall of the closet as shown in FIG. 9.

Thereafter, a number of nailing devices 10A according to the present invention are inserted between the wall panel 16A and the vertical support timber which in this case is a 2 by 4 inch vertical stud 20A.

The nailer devices 10A are disposed vertically relative to each other with the first planar members 22A disposed between the facing panel 16A and the backing stud 20A.

Next, a side panel 18A is secured with the corner edge thereof adjacent to the panel 16A. The

panel 18A is fastened by driving threaded screws 44A through the panel 18A into each second planar member 24A of the devices 10A.

The present invention provides a simple and inexpensive means for positively securing abutting edges of panels to a support timber.

US005581964A

# United States Patent [19]

**Pizer**

[11] **Patent Number:** **5,581,964**

[45] **Date of Patent:** **Dec. 10, 1996**

[54] **WALL PANEL SUPPORT AND SECUREMENT COMBINATION**

[75] Inventor: Andrew J. Pizer, 121 S. Monroe St., Waterloo, Wis. 53594

[73] Assignee: Andrew J. Pizer, Waterloo, Wis.

[21] Appl. No.: **972,163**

[22] Filed: Nov. 5, 1992

[51] Int. Cl.⁶ .............................................. E04B 1/38
[52] U.S. Cl. ............................... 52/283.3; 52/712
[58] Field of Search ................... 52/698, 370, 262, 52/270, 284, 285, 294–297, 712–714, 731.9

[56] **References Cited**

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,929,237 | 3/1960 | Lancer | 52/713 X |
| 3,842,554 | 10/1974 | Swick | 52/713 X |
| 3,861,104 | 1/1975 | Bower | 52/713 X |
| 3,864,889 | 2/1975 | Hobbs | 52/714 X |
| 3,881,293 | 5/1975 | Conville | 52/712 |
| 3,910,001 | 10/1975 | Jackson | 52/712 X |
| 4,333,286 | 6/1982 | Weiner | 52/714 X |
| 4,566,660 | 1/1983 | Pearson | 52/712 X |
| 4,553,363 | 11/1985 | Weiner | 52/731.9 X |
| 4,641,473 | 2/1987 | Trezza | 52/714 X |

| | | | |
|---|---|---|---|
| 4,777,778 | 10/1988 | Toupin | 52/714 |
| 4,841,690 | 6/1989 | Commins | 52/712 X |

## FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2547002 | 5/1976 | Germany | 52/714 |

*Primary Examiner*—Suzanne L. Dino
*Attorney, Agent, or Firm*—Hill, Steadman & Simpson

[57] **ABSTRACT**

A nailer device for securing abutting edges of a first and second construction panel to a support timber or top plate includes a planar member which in use of the device is disposed contiguously relative to the first panel and between the first panel and the top plate. A further planar member is rigidly secured to the planar member and is disposed perpendicularly relative thereto such that the planar and further planar members define therebetween an elongate recess for the reception therein of the top plate so that the device is supported by the top plate. The planar members also define therebetween a further elongate recess which is disposed on an opposite side of the planar member relative to the top plate such that the abutting edges of the panels are located within the further elongate recess with the second panel disposed contiguously relative to the further planar member. Also, a fastener fastens the device to the top plate.

**13 Claims, 2 Drawing Sheets**





*FIG. 1*

*FIG. 2*

*FIG. 3*

**U.S. Patent**     Dec. 10, 1996     Sheet 2 of 2     **5,581,964**



*FIG. 4*

*FIG. 5*

*FIG. 6*

*FIG. 7*

*FIG. 8*

*FIG. 9*

23

5,581,964

1

## WALL PANEL SUPPORT AND SECUREMENT COMBINATION

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a nailer device for securing abutting edges of a first and a second construction panel. More specifically, the present invention relates to a nailer device for securing abutting edges of construction panels to a support beam such as a top plate.

2. Information Disclosure Statement

Particularly in the construction industry, sheetrock is used for covering walls and ceilings and for the construction of enclosed areas such as closets and the like.

Typically, in the construction of a domestic dwelling, construction panels such as sheetrock are fastened to wooden wall studs which extend vertically from the floor.

Similarly, sheetrock construction panels are fastened to the bottom edges of horizontally disposed ceiling joists.

However, the abutting edges of the wall and ceiling panels are not generally supported relative to each other.

More specifically, the top edge of the wall panel is nailed or otherwise fastened to a top plate of the wall timber. The arrangement is such that the top plate runs horizontally along the top of the vertically disposed wall studs. However, when the wall panel has been so secured, there is no provision for securing the top edge of the wall panel to the abutting edge of the ceiling panel, the ceiling panel having been previously secured to the ceiling joists. Therefore, it is often impossible to fasten the edge of the ceiling panel adjacent to the top plate and the upper edge of the wall panel.

Such fastening or anchoring of the edge of the ceiling panel is particularly difficult when such edge extends parallel to the ceiling joists because the ceiling joist nearest to the edge of the ceiling panel is often spaced therefrom. Consequently, the edge of the ceiling panel is often unsupported.

Although various adhesive tapes and the like have been proposed for joining together such abutting edges of wall and ceiling panels, these tapes often permit movement of the panels as the building dries out and settles. Such movement causes unsightly cracks between the ceiling and walls.

The present invention overcomes the aforementioned problems by the provision of a nailer device which is able to be inserted between the wall panel and the top plate in order to provide a support surface for supporting the abutting edge of the ceiling panel and which permits positive fastening of the abutting edge of the ceiling panel to the support surface of the nailer device.

Additionally, the present invention provides a nailer device which greatly simplifies the construction of walk-in closets, and the like. The arrangement is such that when one wall of the closet has been finished with a sheetrock panel, a number of nailer devices according to the present invention can be located vertically relative to each other at both sides of the wall panel. The side walls of the closet can then be readily attached to the nailer devices without the need for the insertion of relatively costly full length vertical backing timbers.

Therefore, it is a primary objective of the present invention to provide a nailer device which overcomes the aforementioned inadequacies of the prior art devices and which makes a considerable contribution to the art of joining construction panels.

2

Another object of the present invention is the provision of a nailer device for securing together a first and second construction panel to a top plate particularly at the seams of adjacent ceiling panels.

A further object of the present invention is the provision of a nailer device for securing abutting edges of a first and second construction panel at a seam of the wall panel to a support beam during construction of a walk-in closet or the like.

Other objects and advantages of the present invention will be readily apparent to those skilled in the art by a consideration of the detailed description contained hereinafter taken in conjunction with the annexed drawings.

### SUMMARY OF THE INVENTION

The present invention relates to a nailer device for securing a first and second edge of construction panels to a top plate.

The device includes a planar member which in use of the device is disposed contiguously relative to a first panel and between the first panel and the top plate.

A further planar member is rigidly secured to the planar member and is disposed perpendicularly relative thereto such that the planar members define therebetween an elongate recess for the reception therein of the top plate. The arrangement is such that the device is supported by the top plate. The planar members also define therebetween a further elongate recess which is disposed on an opposite side of the planar member relative to the top plate such that the abutting edges of the panels are located within the further recess with the second panel disposed contiguously relative to the device to the top plate. Means are also provided for fastening the device to the top plate.

In a more specific embodiment of the present invention, the planar member is of rectangular configuration having a first and a second side. The first side is rigidly secured to the further planar member.

The second side is chamfered to an angle within the range 50 to 70 degrees relative to the first side in order to facilitate the sliding location of the first panel within the further recess because the nailer device is secured to the top plate before fastening the wall panel to the top plate.

The planar member has a thickness within the range 0.03 to 0.1 inch so that in use of the top plate such that warping of the top of the wall panel relative to the top plate is negligible when the planar member is disposed between the first panel and the top plate.

The further planar member is rectangular and has a width which is substantially the same as the width of the planar member. The member and the further member together define a T-shaped section in which the further member is a cross member.

The further member has a thickness which is greater than the thickness of the planar member for permitting the second panel to be secured thereto.

The elongate recess is disposed such that the further planar member rests on top of the top plate.

The further recess receives the abutting edges with the top edge of the first panel being disposed towards the first side of the planar member. The second panel is disposed between the abutting edge of the first panel and the further planar member.

5,581,964

**3**

The means for fastening is a nail such that when the nail is driven through the planar member into the top plate, the device is fastened to the top plate.

In another embodiment of the present invention, the further planar member defines an aperture for the reception therein of a nail such that when the nail is driven into the aperture, into the top plate, the device is fastened to the top plate.

The first planar member defines a roughened surface which is disposed contiguously relative to the second panel such that when a threaded fastener is driven through the second panel into the further planar member, such threaded fastener readily penetrates into and through the further member without generating an enlarged opening the second panel.

The device also includes a reinforcing rib which is rigidly secured to the further member on an opposite side of the further member relative to the planar member. The rib extends perpendicularly relative to the planar member.

Many modifications and variations of the present invention will be readily apparent to those skilled in the art by a consideration of the detailed description contained hereinafter taken in conjunction with the annexed drawing. However, such modifications and variation fall within the spirit and scope of the present invention as defined by the appended claims.

Included in such modifications would be the elimination of any holes or apertures, the fastening nail being driven directly through the planar member and/or the further planar member.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of the nailer device according to the present invention and shows a top plate and the disposition of the nailer device relative to abutting edges of a first and second construction panel;

FIG. 2 is a front view partially in section of the nailer device shown in FIG. 1;

FIG. 3 is a left side view partially in section of the nailer device shown in FIG. 1; FIG. 4 is a perspective view of the nailer device shown in FIG. 1, but with the panels not yet applied thereto;

FIG. 5 is a perspective view of the nailer device as shown in FIG. 1 before being affixed to the support timber;

FIG. 6 is a top plan view of the nailer device shown in FIG. 5;

FIG. 7 is a left hand view of the nailer device shown in FIG. 5;

FIG. 8 is a rear view of the nailer device shown in FIG. 5; and

FIG. 9 is a front view showing how the nailer device according to the present invention is used in the construction of a walk-in closet or the like.

Similar reference characters refer to similar parts throughout the various embodiments of the present invention

DETAILED DESCRIPTION OF THE DRAWINGS

A nailer device generally designated 10 is shown in FIG. 1 for securing together the edges 12 and 14 of a first and second construction panel 16 and 18 to a top plate 20. As shown in FIG. 1, the first construction panel 16 is a sheetrock wall panel and the second construction panel 18 is a sheetrock ceiling panel.

**4**

The nailer device 10 includes a first planar member 22 which in use of the device 10 is disposed contiguously relative to the first panel 16 and between the first panel 16 and the top plate 20.

A second planar member 24 is rigidly secured to the first planar member 22 and is disposed perpendicularly relative thereto such that the planar members 22 and 24 define therebetween a first elongate recess 26 for the reception therein of the top plate 20. The arrangement is such that the device 10 is supported by the top plate 20.

The planar members 22 and 24 also define therebetween a second elongate recess 28 which is disposed on an opposite side of the first planar member 22 relative to the top plate 20. The arrangement is such that the abutting edges 12 and 14 of the panels 16 and 18 are located within the second recess 28 with the second panel 18 disposed contiguously relative to the second member 24.

Means such as a nail 30 are provided for fastening the device 10 to the top plate 20.

As shown in FIG. 1, the nailer device 10 includes the first planar member 22 which is of rectangular configuration and which has a first and a second side 32 and 34 respectively. The first side 32 is rigidly secured to the second planar member 24 as shown in FIG. 2.

The second side 34 is chamfered to an angle a within the range 50 to 70 degrees relative to the top plate 20 in order to facilitate the sliding location of the first panel 16 within the second recess 28 because the device 10 is fastened to the top plate 20 prior to securing the ceiling panel 18 to the second planar member 24.

The first planar member 22 has a thickness T within the range 0.03 to 0.1 inches so that in use of the device 10, the first panel 16 is closely spaced relative to the top plate 20 such that warping of the first panel 16, particularly in the vicinity of the edge 12 relative to the top plate is negligible, the first planar member 22 being disposed between the first panel 16 and the top plate 20.

The second planar member 24 is of rectangular configuration and has a width W substantially the same as the width of the first planar member 22. The planar member 22 and second planar member 24 together define a T-shaped section as shown in FIG. 3 and of which the second planar member 24 is a cross member.

The second planar member 24 has a thickness t which is greater than the thickness T of the first planar member 22 for permitting the second panel 18 to be secured thereto.

The first elongate recess 26 is disposed such that the second planar member 24 rests on the top of the top plate 20.

The second elongate recess 28 receives the abutting edges 12 and 14 of the first and second panels 16 and 18 respectively. The edges 12 and 14 are disposed adjacent to the first side 32 of the first planar member 22 and the second or ceiling panel 18 is disposed between the abutting edge 12 of the first or wall panel 16 and the second planar member 24 as shown in FIG. 3.

As shown in FIGS. 2 and 3, the means for fastening is a nail 30.

The first planar member 22 defines a hole 36 for the reception therein of the nail 30 such that when the nail 30 is driven through the hole 36 into the top plate 20, the device 10 is fastened to the top plate 20.

Alternatively, the holes can be omitted and a nail can be driven through the first planar member 22 for fastening the device 10 to the top plate 20.

Also, the second planar member 24 defines an aperture 38 for the reception therein of a further planar member 40 such that when

5,581,964

**5**

the nail 40 is driven through the aperture 38 into the top plate 20, the device 10 is fastened to the top plate 20.

The second planar member 24 defines a roughened surface 42 which is disposed contiguously relative to the second panel 18 such that when a threaded fastener 44 is driven through the second panel 18 into the second planar member 24, such threaded fastener 44 readily penetrates into and through said second member 24 without generating an enlarged opening in the second panel 18.

Additionally, the device 10 includes a reinforcing rib 46 which is rigidly secured to the second planar member 24 on an opposite side of the second planar member 24 relative to the first planar member 22. The rib 46 extends perpendicularly relative to the first planar member 22.

In operation of the present invention, the device 10 is fastened to the top plate 20 by nail 40 and/or nail 30 as shown in FIG. 3.

The ceiling panel 18 is then located with the edge 14 of the ceiling panel disposed against the first side 32 of the first planar member 22. The ceiling panel 18 is then secured to the second planar member 24 by driving the threaded fastener 44 through the ceiling panel 18 into the roughened surface 42 of the second planar member 24. Due to the roughened surface of the second planar member 24, the threaded fastener such as the screw fastener 44 will readily penetrate into the second planar member 24 without skidding on the surface thereof. Accordingly, the hole generated by the threaded fastener 44 will not become unduly enlarged during the fastening operation.

The wall panel or first panel 16 is then located with the edge 12 of the panel 16 abutting against the edge 14 of the ceiling panel 18 so that the ceiling panel 18 is disposed between the second planar member 24 and the wall panel 16.

FIGS. 4 to 8 show various views of the nailer device shown in FIGS. 1–3.

As shown in FIG. 9, the present invention is equally applicable to the construction of walk-in closets, tight corners and other enclosed areas.

Typically, a walk-in closet will be constructed by fastening a wall panel to the facing wall of the closet as shown in FIG. 9.

Thereafter, a number of nailing devices 10A according to the present invention are inserted between the wall panel 16A and the vertical support member which in this case is a 2 by 4 inch vertical stud 20A.

The nailer devices 10A are disposed vertically relative to each other with the first planar members 22A disposed between the facing panel 16A and the backing stud 20A.

Next, a side panel 18A is secured with the corner edge thereof adjacent to the panel 16A. The panel 18A is fastened by driving threaded screws 44A through the panel 18A into each second planar member 24A of the devices 10A.

The present invention provides a simple and inexpensive means for positively securing abutting edges of panels to a support timber.

What is claimed is:

1. An improved wall panel support and securement combination, comprising:

first and second construction panels, each having a mutually abutting edge;

a support timber for stationarily supporting said first and second construction panels;

a nailer device for securing said abutting edges of said first and second construction panels to said support timber, said nailer device including:

**6**

a first planar member which in use of the device is disposed contiguously relative to the first panel and between the first panel and the support timber;

a second planar member rigidly secured to said first planar member and disposed perpendicularly relative thereto such that said first and second planar members define therebetween a first elongate recess for the reception therein of the support timber so that the nailer device is supported by the support timber;

said first and second planar members also define therebetween a second elongate recess which is disposed on an opposite side of said first planar member relative to said support timber such that abutting edges of the panels are located within said second recess with the second panel disposed contiguously relative to said second planar member; and

means for fastening the nailer device to the support timber.

2. The improved wall panel support and securement combination as set forth in claim 1 wherein said first planar member is rectangular having a first and a second side, said first side being rigidly secured to said second planar member.

3. The improved wall panel support and securement combination as set forth in claim 2 wherein said second side is chamfered to an angle within the range 50 to 70 degrees relative to the support timber in order to facilitate the sliding location of the first panel within said second elongate recess.

4. The improved wall panel support and securement combination as set forth in claim 1 wherein said first planar member has a thickness within the range 0.03 to 0.1 inches so that in use of the device, the first panel is closely spaced relative to the support timber such that warping of the first panel relative to the support timber is negligible when said first planar member is disposed between the first panel and the support timber.

5. The improved wall panel support and securement combination as set forth in claim 1 wherein said second planar member is rectangular having a width substantially the same as the width of said first planar member, said first planar member and second planar member defining a T-shaped section in which said second planar member is a cross member.

6. The improved wall panel support and securement combination as set forth in claim 1 wherein said second planar member has a thickness which is greater than the thickness of said first planar member for permitting the second panel to be secured thereto.

7. The improved wall panel support and securement combination as set forth in claim 1 wherein said first elongate recess is disposed such that said second planar member rests on top of the support timber.

8. The improved wall panel support and securement combination as set forth in claim 2 wherein said second elongate recess receives the abutting edges, the edge of the first panel being disposed adjacent to said first side of said first planar member and the second panel being disposed between the abutting edge of the first panel and said first side of said first planar member.

9. The improved wall panel support and securement combination as set forth in claim 1 wherein said means for fastening is a nail.

10. The improved wall panel support and securement combination as set forth in claim 9 wherein said first planar member defines a hole for the reception therein of said nail such that when said nail is driven through said hole into the support timber, the device is fastened to the support timber.

5,581,964

**7**

11. The improved wall panel support and securement combination as set forth in claim 9 wherein said second planar member defines an aperture for the reception therein of said nail such that when said nail is driven through said aperture into the support timber, the device is fastened to the support timber.

12. The improved wall panel support and securement combination as set forth in claim 1 wherein said second planar member defines a roughened surface which is disposed contiguously relative to the second panel such that when a threaded fastener is driven through the second panel into said second planar member, such threaded fastener

**8**

readily penetrates into and through said second planar member without generating an enlarged opening in the second panel.

13. The improved wall panel support and securement combination as set forth in claim 1 further including:

a reinforcing rib rigidly secured to said second planar member on an opposite side of said second planar member relative to said first planar member, said rib extending perpendicularly relative to said first planar member.

* * * * *