Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 4788 | **DATE** | 4/12/2006 |
| **CASE TITLE** | Pizer, et al. vs. Pulte Home Corporation, et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to the stipulation and order of dismissal with prejudice, this case is hereby terminated. Enter stipulation and order of dismissal with prejudice

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|